UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN WESLEY WILLIAMS, | ) | CASE NO. CV 11-910 PSG (FFM) |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| A. HEDGPETH, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: October 31, 2011

PHILIP S. GUTIERREZ
United States District Judge